# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RONDA L. HUGHES                                    Case Number: 08-72037
        1124 OTTO ROAD                  SSN-xxx-xx-9551
        MACHESNEY PARK, IL  61115

                                                    Case filed on:          6/27/2008
                                                    Plan Confirmed on:

                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:    $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RONDA L. HUGHES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 738.07 | 738.07 | 0.00 | 0.00 |
| 005 | HARRIS CONNECT | 112.18 | 112.18 | 0.00 | 0.00 |
| 006 | COMED CO | 4,908.55 | 4,908.55 | 0.00 | 0.00 |
| 007 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 278.86 | 278.86 | 0.00 | 0.00 |
| 009 | ROCK RIVER DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 1,299.48 | 1,299.48 | 0.00 | 0.00 |
| 011 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 416.50 | 416.50 | 0.00 | 0.00 |
| 013 | B-REAL LLC | 1,389.34 | 1,389.34 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,052.39 | 1,052.39 | 0.00 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 102.96 | 102.96 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 695.29 | 695.29 | 0.00 | 0.00 |
|  | Total Unsecured | 10,993.62 | 10,993.62 | 0.00 | 0.00 |
|  | Grand Total: | 10,993.62 | 10,993.62 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00     discharging the trustee and the trustee's surety from any and all
                                     liability on account of the within proceedings, and closing the estate,
                                     and for such other relief as is just.  Pursuant to FRBP, I hereby
                                     certify that the subject case has been fully administered.

    Report Dated:

                                       /s/ Lydia S. Meyer
                                     Lydia S. Meyer, Trustee

    This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

    Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan